1  Zuri A'Giza

2  Address: 65 Pine Ave, Ste 183
   Long Beach, CA 90802
3
   Telephone Number: (562) 726-6410
4  Email #: zuriagiza6@gmail.com

5

6  In Pro Per

iFILED

2021 SEP -7 PM 1:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____KMH_____

RELATED PDT

---

UNITED STATES DISTRICT COURT CENTRAL
DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zuri A'Giza, as private citizen,<br><br>(Plaintiff)<br>V.<br><br>1. Martin Luther King Jr. – community hospital, as hospital,<br>2. Cedars-Sinai Marina Del Rey Hospital, as hospital,<br>3. Jane Doe 1-8, as unknown defendant.<br><br>(Defendant's) | CASE NUMBER<br>2:21-CV-7167-CBM-SP |

CASE NUMBER
2:21-CV-7167-CBM-SP

COMPLAINT: UNDER THE UNRUH ACT, SECTION CIVIL CODE, 51 (F), AND UNDER 42 U.S.C. SECTION 1983-Civil ACTION FOR DEPRIVATION OF RIGHTS, AND FOR DAMAGES.

PLAINTIFF ALLEGE: 1, THERE HAS BEEN A DEPRIVATION OVER AND OVER AGAIN, OF PLAINTIFF LIBERTY TO HOSPITAL ACCOMMODATIONS, AS IS REQUIRED TO BE DONE, UNDER STATE LAW, MOTIVATED BY HOMELESS DUNPING AND DISCRIMINATION. 2. THE PROCEDURES USED BY DEFENDANTS TO REMEDY THE DEPRIVATION WERE CONSTITUTIONAL INADEQUATE, UNDER FEDERAL STATUTES (EMTALA). THE FOREGOING WAS THE PROXIMATE CAUSE OF PLAINTIFF TO LOSE PROPERTY. SWORN STATEMENT PAGE 4.

FEDERAL QUESTION JURISDICTION: THE (EMTALA), AS FEDERAL STATUTES ALLOWS YOU TO SUE A HOSPITAL AND ANY PERSON MAY SUBMIT A COMPLAINT REGARDING ANY LICENSEE, CERTIFICATE HOLDER, OR ANY OTHER PERSON POTENTIALLY IN VIOLATION OF (FSBPT), MODEL PRACTICE ACT FOR PHYSICAL THERAPY. PLAINTIFF IS OVER THE AGE OF 18, U.S. CITIZEN, LIVING IN COUNTY OF LOS ANGELES. CALIFORNIA, AND DEFENDANTS IS DOING BUSINESS IN COUNTY OF LOS ANGELES. CALIFORNIA. PLAINTIFF IS SEEKING COMPENSATORY DAMAGES, 7000000, DOLLARS.

PHIRD PARTY

1. County of Los Angeles, as (MLK-LA), desperate solely off of money that is collected from taxpayers to fund healthcare initiatives.
2. University of California, Los Angeles, as (MLK-LA), it is jointly operated by (UCLA).

Plaintiff allege:

1. PARTY

Following defendant 1, and defendant 2, implied and express contract, and Jane Doe 1- 8, inpatient contract, plaintiff hospital accommodations, was not as is required to be done, under state law. The main point is weather the procedures used by the defendants as discharge planners, to discharge plaintiff, was as a clear deprivation of plaintiff liberty under federal statutes. Defendant's breach of duty in the case, will be based on:

Page 1 of 9 pages

**ORIGINAL**

1  discharge planning may include purses social workers family members. Physicians occupational and

2  physical therapists, case managers, caregivers and at tines insurance companies. All health professionals

3  who come in contact with clients during hospitalization are responsible for preparing their patients for

4  discharge-only then can true continuity of care, occur.

5  <u>2. THE CASE HISTORY</u>

6  Plaintiff discharge was done under the appearance of legal authorization, when in fact no such right existed,

7  as on: 1/28/2020, and on: 2/10/2020, plaintiff was accessing and using defendant 1, health services, clear

8  convincing evidence, see page 6 and 7, as exhibit; plaintiff was registered, as Medicare Part (B);  plaintiff

9  urgent care was necessary and important, as plaintiff injury's was: Leg fluid buildup and serious leg blisters,

10  to be as infected, causing a thick yellowish tissue, to be as dripping to the ground, and was as very serious

11  cellulitis; defendant 1, employees as defendants Jane Doe, 1-3, who had duty, before plaintiff discharge, did

12  not follow state law, before plaintiff discharge, causing other injury to plaintiff body, also plaintiff to be as

13  transported without plaintiff medical records, was a clear violation of state law; and following plaintiff

14  discharge, in a short-time: Soon, Type 3 ambulance service at Los Angeles International Airport parking lot,

15  as plaintiff legs was dripping yellowish fluid to the ground etc. And was to defendant 2, as a hospital,

16  clear convincing evidence, see page 8, as exhibit; plaintiff was registered as Medicare Part (B); plaintiff other

17  urgent care was necessary and important, as plaintiff injury was leg fluid  buildup, and serious leg blisters, to

18  be as infected, causing a thick yellowish tissue, to be as dripping to the ground and was as very serious

19  cellulitis. Defendant 2, employees as defendant Jane Doe 4-7 who had duty, before plaintiff discharge, did not

20  follow state law, before plaintiff discharge causing other injury to plaintiff body, and following plaintiff

21  discharge, in a shore-time: Soon, other Type 3, ambulance service at Los Angeles International Airport

22  parking lot, as plaintiff legs was dripping yellowish fluid to the ground etc. And was back to defendant 2, as a

23  hospital, clear convincing evidence,  see page 9, as exhibit; the medical treatment, came to a conclusion in

24  violation of state law, as was doing the same thing over and over again, as following plaintiff discharge,

25  plaintiff legs was dripping yellowish fluid to the ground etc. Defendants knowing or should have known, with

26  treatment a small patch of cellulitis in a healthy person can resolve in 5, days or so the more severe

27  the cellulitis and the more medical problems the person has, the longer it can take to resolve. Very severe

28  cellulitis nay last 2, weeks or more, even with treatment in the hospital.

## 3. FEDERAL QUESTION JURISDICTION

1

2 A. The fact plaintiff sues under the (ADA), does not mean their claim will be limited to one statute.

3 B. Plaintiff is seeking a summons, based on: 42 U.S. Code section 1981, as in a unanimous decision, the U.S.

4 supreme courts held that an employee's to exhaust administrative remedies is not a jurisdictional

5 prerequisite to filing a lawsuit, rather it is a procedural requirement that could be waived by the employee's

6 failure to timely raise, the issue. Jun 6, 2020.

7 C. The (EMTALA), as federal statutes allows you to sue a hospital and any person may submit a complaint

8 regarding any licensee, certificate hospital, or (FSBPT), model practice act for physical therapy.

## 4. COMPLAINED

9

10 Defendants subjected the plaintiff to conduct that occurred under color of state law, and this conduct

11 deprived plaintiff of rights, privileges, or immunities guaranteed under federal law, or the U.S. Constitution.

12 Based on: Federal law that required anyone coming to an emergency department to be stabilized, and

13 treated, regardless of their insurance, See: The Equality Act, 2019, Emergency and Medical Treatment.

## CONCLUSION

14

15 Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State, or other

16 territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or

17 other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured

18 by liable to the party injured in an action at law, and the area of Tort law known as negligence involves harm

19 caused by failing to act, before deprivation etc.

## 5. PLAINTIFF DAMAGES

20

21 Following the case history, in a short time: Soon, plaintiff was back at Cedars-Sinai Marina Del Rey Hospital, as

22 plaintiff very serious cellulitis under the right knee, got worser, and the doctor, was claiming was no hope,

23 and it is necessary and important, for plaintiff right leg under the knee to be amputated; the doctor

24 was as Jane Doe, and plaintiff was registered as Medicare Part (B), and plaintiff leg to be as amputated,

25 without doctor, nurse, discharge planner and  physical therapy duty, under state law, before plaintiff

26 discharge, and to be as transported without medical records, was causing plaintiff to be as suffering, day-to-

27 day, sleep deprivation, and other physical and mental pain, and plaintiff will not have a normal life.

## 6. PLAINTIFF FUTURE MENTAL PAIN AND SUFFERING

28

1    G. The (HIPAA) Privacy Rule requires covered entities, such as physical therapy practices, to provide patients

2    their records within 30, days. Whether you have to provide a paper copy or electronic access is based on:

3    the patient's request and the format in which you store records. Oct 30, 2019.

4    <u>CONCLUSION</u>

5    Defendants foregoing failure, under state law, was the proximate cause of plaintiff damages in the case,

6    following plaintiff due diligence and demand in the case, based on: The area of Tort law known as

7    Involves negligence harm caused by failing to act, as is required to be done.

8    <u>8. SETTLEMENT DEMAND</u>

9    The defendants and third party may settle the complaint outside of court, plaintiff is seeking 1000000,

10    dollars, for plaintiff loss of property, physical therapy, durable medical equipment and disability housing, as

11    was required to be done, as defendants duty, before plaintiff discharge, also for other medical treatment for

12    leg fluid buildup, arising from plaintiff leg amputation in the case, or plaintiff is seeking 7000000, dollars,

13    as compensatory damages, also based on the cased history plaintiff is seeking punitive damages, on the

14    following grounds: As noted by the appellate court, punitive damages may be awarded under 42 U.S.C. section

15    1983, when the defendant's conduct is shown to be motivated by evil motive or intent, or when it involves

16    reckless indifference to the federally protected rights of others. Mar 19, 2019, and see False Claims Act, also

17    pursuant to 42 U.S.C. section 1983, a successful Plaintiff nay also seek his or her attorney's fees. Mar 1919

18    <u>9. SWORN STATEMENT</u>

19    A. Defendants, known or should have known, before plaintiff discharge, cellulitis is usually caused when

20    bacteria enter a wound or area where there is no skin.

21    B. The hospitals photographs in the case, is knowingly concealing plaintiff big injury in the case, to be as

22    plaintiff right leg very serious cellulitis.

23    C. Defendant1 and 2, knowing or should have known, without the doctor, nurse, discharge planner and

24    physical therapy duty, as is required to be done, before plaintiff discharge, will make plaintiff

25    injury overturn, also to be as unreasonable risk of harm.

26    D. the case history, as defined on page 2, is true and correct.

27    E. The doctors and nurses in the case, was as defendant 1, and defendant 2, employees.

28    F. Plaintiff discharge was done under the appearance of legal authorization, when in fact no such right existed.

1    H. Plaintiff is permanently disabled, under American with Disability Act, also under the Social Security Act.

2    The foregoing sworn statement and complain was executed on: September 2, 2021

3

4    Zuri A'Giza

5    Plaintiff in Pro Per
     Address: 65 Pine Ave Ste 183
     Long Beach, CA90802

6    Telephone Number: (562) 726-6410

7    Email Number: zuriagiza6@gmail.com

8    <u>SUMMARY</u>

9    Unless otherwise limited by law, a patient is entitled to a copy of his or her medical record and a physician

10   may not refuse to provide the record directly to the patient in favor forwarding to another provider, or will

11   be as a clear deprivation of plaintiff right to give evidence, as is enjoyed by white citizens, or see 42 U.S.C.

12   section 1981.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ko 17

Martin Luther King   Community Hospital   1680 E 120th Street Los A    es, CA  900593026  424-338-8000

## Patient Information

Patient Name:   AGIZA, ZURI
Home Address:  65 PINE AVE STE 183
     LONG BEACH, CA  908024718
Home Phone:   (999) 999-9999
Employer Name: Not Employed
Employer Phone:

Sex:   Male
DOB:  10/17/1948
Age:   71 Years
Religion: None
SSN:   XXX-XX-2224

## Guarantor Information

Guarantor Name:  ZURI AGIZA
Patient's Reltn:   SELF
Billing Address:   65 PINE AVE STE 183
     LONG BEACH, CA  908024718
Billing Phone: (999) 999-9999
Employer Name: Not Employed
Employer Phone:

Sex:   Male
DOB:  10/17/1948
Age:   71 Years
SSN:   XXX-XX-2224

## Contact Information

### Emergency Contact
Contact Name:   CONTACT NO
Patient's Reltn:  Unknown
Home Phone:   (999) 999-9999

### Next of Kin
Contact Name:
Patient's Reltn:
Home Phone:

## Primary Insurance

Subscriber Name: AGIZA ZURI
Patient's Reltn: SELF
Sex:   Male
DOB:  10/17/1948
Age:   71 Years
Employer Name:  Not Employed
Employer Phone:
Financial Class:  Medicare Part B Only
Medical Group:
Capitated:

Insurance Name: Medicare Part B Only
Claim Address:   900 42nd St S
     Fargo ND  581086770
Insurance Phone: (855) 609-9960
Policy Number: 4HQ0XV3AP02
Group Number:
Authorization Number:
Authorization Phone:
Authorization Contact:

## Secondary Insurance

Subscriber Name: AGIZA ZURI
Patient's Reltn: SELF
Sex:   Male
DOB:  10/17/1948
Age:   71 Years
Employer Name:  Not Employed
Employer Phone:
Financial Class:  MCAL MGD
Medical Group:   MLK OP CENTER

Insurance Name:  LA CARE  MEDICAL
Claim Address:   PO BOX 811580
     LOS ANGELES CA  90081
Insurance Phone: (866) 522-2736
Policy Number:   93050392A
Group Number:
Authorization Number. 002169681
Authorization Phone:  (877) 431 2273
Authorization Contact:

## Encounter Information

Reg Dt/Tm: 01/28/2020 20 49
Est Dt of Arrival.
Inpt Adm Dt/Tm: 01 30 2020 16 34
Disch Dt/Tm: 01 31 2020 17 15
Observation Dt/Tm:
VIP Indicator:
Admit Reason: LFT LEG PAIN

Patient Type: Inpatient
Medical Service:  Medical
Location: 5North
Room/Bed: 518 - A
Isolation:
Disease Alert:

Admit Type: Emergency
Admit Source:  Self Referral
Advance Directive: No info not prov
Reg Clerk: Admissions Carmen May
Admit Physician: Hospitalist Christ
Attend Physician: Hospitalist Christ
PCP.

# AGIZA, ZURI
## Male / 71 Years
MRN: 00174946                    FIN: 000414419

Page 1 of 1

EXHIBIT, COPY

Kb 16    Martin Luther King - Community Hospital   1680 E. 120th Street Los Angeles, CA  900593026  424-338-8000

## Patient Information

**Patient Name:**   AGIZA, ZURI
**Home Address:**  65 PINE AVE STE 183
                   LONG BEACH, CA  908024718
**Home Phone:**    (999) 999-9999
**Employer Name:** Not Employed
**Employer Phone:**

**Sex:**  Male
**DOB:**  10/17/1948
**Age:**  71 Years
**Religion:** None
**SSN:**  XXX-XX-2224

## Guarantor Information

**Guarantor Name:** ZURI AGIZA
**Patient's Reltn:**   SELF
**Billing Address:**  65 PINE AVE STE 183
                      LONG BEACH, CA  908024718
**Billing Phone:** (999) 999-9999
**Employer Name:** Not Employed
**Employer Phone:**

**Sex:**  Male
**DOB:**  10/17/1948
**Age:**  71 Years
**SSN:**  XXX-XX-2224

## Contact Information

**_Emergency Contact_**
**Contact Name:**  CONTACT NO
**Patient's Reltn:**  Unknown
**Home Phone:** (999) 999-9999

**_Next of Kin_**
**Contact Name:**
**Patient's Reltn:**
**Home Phone:**

## Primary Insurance

**Subscriber Name:** AGIZA, ZURI
**Patient's Reltn:** SELF
**Sex:**  Male
**DOB:**  10/17/1948
**Age:**  71 Years
**Employer Name:** Not Employed
**Employer Phone:**
**Financial Class:** Medicare Part B Only
**Medical Group:**
**Capitated:**

**Insurance Name:** Medicare Part B Only
**Claim Address:**   900 42nd St S
                     Fargo ND  581086770
**Insurance Phone:** (855) 609-9960
**Policy Number:** 4HQ0XV3AP02
**Group Number:**
**Authorization Number:**
**Authorization Phone:**
**Authorization Contact:**

## Secondary Insurance

**Subscriber Name:** AGIZA, ZURI
**Patient's Reltn:** SELF
**Sex:**  Male
**DOB:**  10/17/1948
**Age:**  71 Years
**Employer Name:** Not Employed
**Employer Phone:**
**Financial Class:** M CAL MGD
**Medical Group:**  OTHER

**Insurance Name:**  LA CARE  MEDICAL
**Claim Address**    PO BOX 811580
                     LOS ANGELES CA  90081
**Insurance Phone:** (866) 522-2736
**Policy Number:**   93050392A
**Group Number:**
**Authorization Number:** 002194448
**Authorization Phone:** (877) 431-2273
**Authorization Contact:**

## Encounter Information

**Reg Dt/Tm:** 02/10/2020 22:05
**Est Dt of Arrival:**
**Inpt Adm Dt/Tm:** 02/11/2020 22:00
**Disch Dt/Tm:** 02/21/2020 16:40
**Observation Dt/Tm:**
**VIP Indicator:**
**Admit Reason:** BODYACHES FLU D LT LEG

**Patient Type:** Inpatient
**Medical Service:** Medical
**Location:** 4South
**Room/Bed:** 438 / A
**Isolation:**
**Disease Alert:**

**Admit Type:** Emergency
**Admit Source:** Self Referral
**Advance Directive:** No info not prov
**Reg Clerk:** Admissions Tatiana Loo
**Admit Physician:** Hospitalist Asong
**Attend Physician:** Hospitalist Prat m
**PCP:**

# AGIZA, ZURI
# Male / 71 Years
**MRN:** 00174946                        **FIN:** 000418679

Page 1 of 13

**EXHIBIT, COPY**

# AFTER VISIT SUMMARY

**Zuri Agiza** MRN 300176243



**CEDARS-SINAI**
MARINA DEL REY HOSPITAL

📍 1 South  📅 8/30/2020 - 9/24/2020

## 🧑‍🤝‍🧑 Treatment Team

Provider
Verma, Nisha Renee, MD

Primary office phone
310-423-5252

## Your Latest Vitals

 **Blood Pressure**
127/77

**BMI**
33.30

 **Weight**
219 lb

**Height**
5' 8"

 **Temperature (Oral)**
98.7 °F

 **Pulse**
96

**Respiration**
19

**Oxygen Saturation**
95%

## You are allergic to the following

No active allergies

## What's next

**SEP 24**  **Follow up with BROADWAY HEALTHCARE CENTER**
Thursday Sep 24, 2020
Dr Jun Xu will f/u with patient within 1 week at facility

112 E BROADWAY
SAN GABRIEL CA 91776-1805
626-285-2165

## Medications

**Important Medication Information:**

- This is your medication list. If you have medications at home which are not on this list, do not take them without speaking with your doctor first.
- You can call your doctors with any questions regarding your medications.
- **It is important to read the instructions on the prescription bottle and compare them to this list. Medications, especially liquids, may be dispensed in different concentrations.**
- Review this medication list with your doctor at your follow up appointment.
- Always carry a current medication list with you in case of emergency.

**EXHIBIT, COPY**



## Inter-Facility Transfer Report

---

**HIGH FALL RISK PATIENT**

---

### Agiza, Zuri MRN:300176243 (HAR:26723792 CSN: 29176972420) (71 year old M) (Adm: 02/26/20 1145) PCP: None Inpatient

**Department / Unit Information (For phone, please use prefix 310-42x-xxxx)**

| | | | |
|---|---|---|---|
| 1 North | 4650 Lincoln Boulevard Marina Del Rey, CA 90292 | 310-823-8911 x5340 | 310-577-5644 |

**Patient Information and Language Preference**

| | | | | |
|---|---|---|---|---|
| Oct 17 1948 | Male | English | No | Non-Hispanic |

### Demographics

| | | | |
|---|---|---|---|
| 123 DEFAULT ST LOS ANGELES CA 90048 | 999-999-9999 | | 310-999-9999 |
| | MEDICARE | Single | No Religion |

## Physician Recommended Orders

### Transfer Facility Information

Physician Section, for Report:
- Name of Physician Caring for Patient at Destination Facility
- Phone Number of Physician Caring for Patient at Destination Facility
- I have provided a sign out to the Receiving Physician
- Has a POLST form been filled out, with the original provided to the RN to send with the patient on transfer?
- Primary Hospital Dx
- Physician recommends that the following reports also be printed out to be sent to the receiving facility
- Initial Consult Notes to include if any
Case Management / Social Work Section
- Receiving Facility Information
- Additional Facility Contact information (e.g. phone and address)
- If no Living Arrangement
- Station site
- Insurance Social Worker

EXHIBIT, COPY